

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellees' unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to July 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

Keith E. Hottle
Clerk of Court